Joe Campanella, appellant, v. Illinois Power & Light Corporation, appellee.

Opinion filed June 1, 1928.   Rehearing denied July 23, 1928.

L. A. Cranston, for appellant.   Judson Harris and Dryer & Brown, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.